Ernest Onetto, Appellant, v. Commercial Union Assurance Company, Respondent.— Motion granted and appeal dismissed, without costs.

Ernest Onetto, Appellant, v. Teutonia Fire Insurance Company, Respondent.— Appeal dismissed, unless appellant file and serve printed papers on appeal and printed brief in time for argument of appeal at the opening of the November term.

Frank Sharrow, as Administrator, etc., Respondent, v. Stadacona Steamship Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Elizabeth French, Appellant, v. Benjamin F. French, Respondent.— Judgment affirmed, without costs. All concurred.

Michael Filonczuk, Plaintiff, v. International Railway Company and Erie Railroad Company, Defendants.— Plaintiff's exceptions sustained and motion for a new trial granted as to both defendants, with costs to plaintiff to abide event. Held, that on the evidence a question of fact as to each defendant was presented, both as to defendants' negligence and plaintiff's contributory negligence. All concurred.

The People of the State of New York ex rel. Josiah T. Miller, Respondent, v. Charles T. Hall and Others, Assessors of the Village of Seneca Falls, and Another, Appellants.— Final order affirmed, with ten dollars costs and disbursements. All concurred.

Morris Rosenfield, Respondent, v. The Ætna Accident and Liability Company, Appellant.— Judgment reversed and new trial granted, with costs to appellant to abide event. Held, property on which actual loss could not be accurately determined from plaintiff's books and accounts is excepted from the policy and not insured. Defendant's examination of plaintiff as authorized by the policy, after the loss, even if defendant then knew that little if any of the loss could be shown by any of plaintiff's books or accounts, was not a waiver of the condition against liability for loss not so proved. (Draper v. Oswego County Fire Relief Assn., 190 N. Y. 12.) It was error to submit to the jury the question as to whether defendant had waived such condition of the policy. All concurred.

Constantine Mienkiewicz, as Administratrix, etc., Appellant, v. International Railway Company, Respondent.— Judgment reversed and new trial granted, with costs to appellant to abide event. Held, that the evidence presented a question of fact which should have been submitted to the jury, both as to defendant's negligence and the contributory negligence of plaintiff's intestate. All concurred.

Henry Machiea, Plaintiff, v. Charles A. Hayden, Defendant.—Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred.

Stanley N. Carr, as Administrator, etc., Respondent, v. Pennsylvania Railroad Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

J. Franklin Dyer, Respondent, v. Henry Packer, Appellant.— Judgment affirmed, with costs. New trial in Rochester Municipal Court to be had on the 10th day of November, 1915, at ten A. M. All concurred.